USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/19/2025

**GUTMAN VASILIOU LLP**

Mark Gutman, Esq.
Partner
mgutman@gvllp.com
Phone 212-282-9862

Anthoula Vasiliou, Esq.
Partner
avasiliou@gvllp.com
Phone 212-282-9863

August 19, 2025

**VIA ECF**

Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re: D.S. et al v. New York City Department of Education
       Case No: 25-cv-03022-MKV

Dear Judge Vyskocil:

    The Plaintiff respectfully requests an extension to time to file their motion for summary judgment and for the parties to file the joint statement of undisputed facts. I have conferred with the Defendant who consents to this request. This is the Plaintiff's first request for an extension. The Parties propose the following briefing schedule for the Parties' respective motions for summary judgment.

    October 6, 2025: Plaintiff to file their motion for summary judgment and the parties file the joint statement of undisputed facts

    November 7, 2025: Defendant to file its opposition and cross-motion for summary judgment;

    December 1, 2025: Plaintiff to file their opposition to Defendant's cross-motion and reply, if any;

    January 9, 2026: Defendant to file its reply, if any;

    Additionally, the Plaintiff is still awaiting confirmation that we are allowed to file the administrative record under seal. Thank you for your consideration in this matter.

                              Regards,
                              Mark Gutman
                              Attorney for the Plaintiffs

cc: Defendant's counsel (via ECF)

**GRANTED. The parties' request to file the Certified Administrative Record under seal is provisionally granted, subject to further review. The parties' request to extent the summary judgment schedule is GRANTED in accordance with the schedule outlined above.**

**The Clerk of Court is respectfully requested to terminate the motions pending at docket entries 11 and 12.**

**SO ORDERED.**

Date: 8/19/2025
New York, New York

Mary Kay Vyskocil
United States District Judge